IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHANDRA LOVELAND**, | Case No. 3:17-cv-1884-SI |
| Plaintiff, | **ORDER** |
| v. | |
| **ROBERT W. SNIDER**, *et al.*, | |
| Defendants. | |

**Michael H. Simon, District Judge.**

Defendants have moved for summary judgment for failure to comply with the relevant statute of limitations. ECF 25. Plaintiff has conceded to Defendants' motion. ECF 28. Based on Plaintiff's concession, Defendants' motion is GRANTED and this action is DISMISSED.

**IT IS SO ORDERED.**

DATED this 5th day of October, 2018.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge