# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHANDRA LOVELAND**, | Case No. 3:17-cv-1884-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **ROBERT W. SNIDER**, *et al.*, | |
| Defendant. | |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 5th day of October, 2018.

                                              /s/ *Michael H. Simon*
                                              Michael H. Simon
                                              United States District Judge